FILED
04/12/2023
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 22-0704

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

**Case No. DA 22-0704**

Lori Battaglia Booth,

      Appellant,

vs.

Alexa L. Weitzel, f/k/a Alexa L. Ullrich, individually and as personal representative of the Estate of Dona Battaglia, and Alexa L. Weitzel, f/k/a Alexa L. Ullrich, and Virgil D. Weitzel, individually and as trustee of the Estate of Laurie Booth, and Does I to IV,

      Appellees.

---

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' OPENING BRIEF**

---

On Appeal From The Montana Eleventh Judicial District Court
The Honorable Robert B. Allison, Presiding, Case No. DV-20-913(B)

---

For Plaintiff, Counterdefendant,
and Appellant:

Peter F. Carroll, Esq.
Attorney at Law
715 South Main Street
Kalispell, Montana 59901
Telephone: 406) 755-6330
petercarroll@flatheadlaw.com

For Defendants, Counterclaimants, and
Appellees:

Evan Danno, Esq.
Attorney at Law
725 South Main St.
Kalispell, Montana 59901
Telephone:( 406)755-4100
evan@dannolawfirm.corn

      APPELLEES having filed an Unopposed Motion for Extension of Time to File

their Answer Brief and there being no objection;

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
ANSWER BRIEF           Page 1

IT IS HEREBY ORDERED that Appellees shall have an extension of time until May 31, 2023, to file Appellees' Answer Brief in the above entitled matter.

DATED April _____ , 2023.

_____
Clerk of Montana Supreme Court

cc:    Evan F. Danno
      Peter F. Carroll

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 12 2023